COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

## ORDER ON MOTION FOR EN BANC RECONSIDERATION

Case number: 01-10-01123-CV

Style: *Oncor Electric Delivery Co., LLC, Appellant v. Marco Murillo, Appellee*

Date motion filed: April 2, 2014

Party filing motion: Appellant

A majority of the Court having voted in favor of reconsidering this appeal en banc, it is **ordered** that the motion for en banc reconsideration is **granted**. The panel and dissenting opinions are **withdrawn**. The cause shall be submitted to the en banc Court without oral argument.

Judge's signature:     /s/ Jane Bland
                       Acting for the Court

Before: Chief Justice Radack and Justices Jennings, Keyes, Higley, Bland, Sharp, Massengale, and Huddle.

Justices Keyes and Sharp dissenting.

Justice Brown not participating.

Date: June 5, 2014.